[No. 8982-3-II. Division Two. June 22, 1987.]

BILL L. SMASAL, *Appellant*, v. PIERCE COUNTY,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-04041-0, Arthur W. Verharen, J., entered July 17, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Jones and Reser, JJ. Pro Tem.

[No. 9015-5-II. Division Two. June 22, 1987.]

ANDREW C. CRATSENBERG, *as Trustee*, ET AL, *Respondents*,
v. PIONEER NATIONAL TITLE INSURANCE COMPANY,
*Respondent*, TIDE INVESTMENT, INC.,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 82-2-00567-5, James D. Roper, J., entered July 19, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Verharen and Yencopal, JJ. Pro Tem.

[No. 9917-9-II. Division Two. June 23, 1987.]

TACOMA METAL TRADES COUNCIL, *Respondent*, v. MARINE INDUSTRIES NORTHWEST, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-06613-3, Arthur W. Verharen, J., entered April 18, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.